UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ocado Innovation Ltd, et al.

    v.                                                 Case No. 21-cv-41-JL

AutoStore AS, et al.


Ocado Innovation Ltd., et al.

    v.                                                 Case No. 21-cv-806-JL

AutoStore AS, et al.


<u>CORRECTED ORDER OF CONSOLIDATION</u>

Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes.

Case 21-cv-41-JL has been designated as the main case.   Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case.   They shall be captioned with that case number.   The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.   The defendant(s) shall answer or otherwise respond to the complaint in former related case no. 21-cv-806-JL on or before **December 10, 2021**.

The former related case shall be statistically closed.

Parties in the former related case will be added to the main case as consolidated plaintiffs/defendants, if applicable.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: 12/8/2021

cc:    Alexander N. Gross, Esq.
       Dustin Guzior, Esq.
       Garrard Russ Beeney, Esq.
       Helen Andrew, Esq.
       Laura Kabler Oswell, Esq.
       Laurie Stempler, Esq.
       Marc De Leeuw, Esq.
       Morgan Schusterman, Esq.
       Stephen J. Elliott, Esq.
       Henry Clay Quillen, Esq.
       Robert R. Lucic, Esq.
       Ali-Reza Boloori, Esq.
       Bryanna Kleber Devonshire, Esq.
       Emily Scott, Esq.
       Gregg Locascio, Esq.
       Joseph Loy, Esq.
       Joshua Popik Glucoft, Esq.